## JOHN SMITH and MARGARET his wife *vs.* PETER JOHNSON.

A declaration laying a promise to husband and wife, on a note to the wife dum sola, is good.

THE action was on a promissory note made by the defendant to Margaret Johnson, now the wife of Smith. The execution of the note was admitted, but

*Mr. Huffington* objected to the admissibility of the note under a declaration laying a promise to Smith and wife.

*Mr. Bayard* said the objection would be more proper in arrest of judgment. But he said the declaration was in the proper form, stating the making and delivery of the note to the wife, the obligation and consequent promise to pay husband and wife.

The plaintiff had a verdict, which—

The court, upon consideration, sustained, and gave judgment accordingly.